UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALBERTO ALEJANDRE-SERVIN,<br>Petitioner,<br>v.<br>CHRISTOPHER LAROSE, et al.,<br>Respondents. | Case No.: 26-CV-4160 JLS (JLB)<br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br>(ECF No. 3) |

Presently before the Court is the Parties' Joint Motion to Dismiss ("Mot.," ECF No. 3). Good cause appearing, the Court **GRANTS** the Joint Motion (ECF No. 3). The Petition is **DISMISSED WITHOUT PREJUDICE**. As this concludes the litigation in this matter, the Clerk **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: July 23, 2026

Janis L. Sammartino

Hon. Janis L. Sammartino
United States District Judge